## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KEEL, individually, and JANICE KEEL, individually, | 2:08-cv-00642-LRH-PAL |
| Plaintiffs, | **MINUTES OF THE COURT** |
| vs. | March 2, 2009 |
| GREYSTONE NEVADA, LLC, a Delaware limited-liability company, et al, | |
| Defendants. | |
| AND RELATED THIRD-PARTY ACTION. | |

PRESENT:   THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

DEPUTY CLERK:   NONE                REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S):   NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is Third-Party Defendant, Champion Drywall Inc. of Nevada's Motion for Determination of Good Faith Settlement (#54).  All parties having been electronically served and no opposition having been filed, and

GOOD CAUSE APPEARING, Third-Party Defendant Champion Drywall Inc. of Nevada's' Motion for Determination of Good Faith Settlement (#54) is GRANTED.

IT IS SO ORDERED.

LANCE S. WILSON, CLERK

By:           /s/
          Deputy Clerk